<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 07-6098**

─────────

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

       v.

CELSO CERVANTES-HERNANDEZ,

               Defendant – Appellant.

─────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, Chief District Judge. (7:03-cr-00075-FL; 7:06-cv-00034-FL)

─────────

Submitted: November 14, 2008     Decided: November 26, 2008

─────────

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Celso Cervantes-Hernandez, Appellant Pro Se. Steve R. Matheny, Assistant United States Attorney, Ethan Ainsworth Ontjes, Raleigh, North Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Celso Cervantes-Hernandez seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2255 (2000) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Cervantes-Hernandez has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED